**Order entered November 3, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00681-CV

**FRITZ MANAGEMENT, LLC, Appellant**

**V.**

**HUGE AMERICAN REAL ESTATE, INC., Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-00657-D**

## ORDER

We **GRANT** appellant's October 30, 2014 motion to extend time to file reply brief and

**ORDER** the brief be filed no later than November 12, 2014. No further extensions will be

granted absent exigent circumstances.

/s/    ADA BROWN
          JUSTICE